AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

JOSEPH TORRES, JR.,

      Petitioner,   JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER: 3:16-cv-00030-MMD-VPC

RENEE BAKER, *et al.*,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** this action is dismissed without prejudice to the filing of a new petition in a new action with a properly completed application form to proceed *in forma pauperis*. **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

    April 15, 2016                            **LANCE S. WILSON**
                                                           Clerk

                                                           /s/ K. Rusin
                                                           Deputy Clerk